To THE HONORABLE CLEARK,

I AM RE SENDING my MOTIONS FOR AN EXTENSION OF TiME I DID NOT PUT A COVER PAGE IN THE LAST ONE'S. I'm SORRY FOR THAT I'm TRYING TO DO THESE ON my OWN. JUST LEARNING AS I GO. SORRY FOR THE TROUBLE. PLEASE SEND COPYS TO THE proper COURT OFFICALS WE HAVE BEEN ON AND OFF OF LOCK DOWN THRU THE Holidays. DUE TO WEATHER, SHORT STAFF, AND OTHER ISSUES.

THANK YOU

Robert SHAYNE KinSlow

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 15 2015

Abel Acosta, Clerk

CAUSE NO. 06-14-00083 CR 06-14-00084 CR

DATE: 1/12/51      TO THE HONOROBLE CLERK
OF CRIMINAL APPEALS

ABEL ACOSTA
SURPREM COURT BLDG
201 W. 14th St. Rm 106
P.O. Box 12308
AUSTIN, TEXAS 78711-2308


RE: THE STATE OF TEXAS     Vs Robert SHAYNE KINSLOW
CAUSE No. 06-14-00083 - 06-14-00084 CR

DEAR SIR:

Please find Enclosed the original and one (1) Copy of the following document in the above mentioned Cause: DEFENDANT's MOTION FOR EXTENTION of Time To File PETITION FOR DISCRETION REVIEW. Please file this And Bring it to the Atten Tion of the Court.

Please RETURN one file-stamped copy directly to me at the address below please. Your assistance in this matter is Very gratefully appreciated Thank you.


Respectfully Submitted Pro-se
Robert SHAYNE KINSLOW
(Signature)
Robert SHAYNE KINSLOW
(Print Name)
TDC # 1923349      DOB: 11/22/64
JOHN MIDDLETON UNIT
13055 F.M. 3522
DBilene, TEXAS 79601
L/Q: 6-2-35

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

Robert Shayne Kinslow.

V

The State of Texas

From Appeal No. 06-14-00083 CR
Trial Cause No. CRO 1648
Red River County _____ County

## First motion For extension of Time To File petition For Discretionary Review

TO THE HONORABLE Judges of THE COURT OF CRIMINAL Appeals;

Comes Now Robert Shayne Kinslow, PETITIONER AND Files THIS motion For AN EXTENSION OF SIXTY (60) DAys IN which To File A Petition For Disc Retionary Review. IN Support OF THIS motion, Appellant Shows THE Following:

### I

THE Petitioner WAS CONVICTED IN THE 6th District Court OF Red River County, Texas OF THE OFFENCE OF Indenely w A Child IN CAUSE NO CRO 1648 AN CRO 1649, Styled STATE OF Texas vs. Robert SHAYNE Kinslow. THE petitioner Appealed To THE COURT OF Appeals 6th Appellate District THE CASE WAS AFFIRMED ON DEC-21-2015

## II

The present deadline for filing the petition for discretionary review is Jan 20, 2015. The petitioner has not requested any prior extension to this request.

## III

Petitioners request for an extension is based up on the following facts: Petitioner was not informed of the desion of the court of appeals affirming his case until Dec 26, 2014. Since that time petitioner has been attempting to gain legal repenstation in this matter his attorney on the appeal Don Baird has informed petitioner that he will not represent him on the Petition for Discretionary Review.

Wherefore, Petitioner Prays this court grant his motion and extend the deadline for filing the Petition For Discretionary Review in case no CR01648 to 06-14-00083 CR

Robert Shayne Kinslow
PETITIONER PRO SE

TEXAS DEPARTMENT OF CRIMINAL
JUSTICE JOHN MIDDLETON
UNIT T.D.C.J-ID #1923349
Abilene Texas 79601

CERTIFICATE OF SERVICE

I certify that a true and corret copy of the above foregoing First motion for extension of time to file a petition for Discretionary Review.

HAS BEEN FORWARDED by US MAIL, POSTAGE PRE PAID, FIRST CLASS, TO THE ATTORNEY FOR THE STATE VAL VARLEY AT 400 N WALNUT CLARKSVILLE TEXAS 75426, AND THE STATE PROSECUTING ATTORNEY P.O. BOX 12405, AUSTIN TEXAS 78711 ON THIS THE 12th DAY OF JANUARY 2015.

Robert Shayne Kinslow
PETITIONER PRO SE

I ROBERT SHAYNE KINSLOW, T.D.C.J# 1923349 BEING PRESANTLY INCARCERATED IN THE JOHN MIDDLETON UNIT OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IN TAYLOR COUNTY, TEXAS, VERIFY AND DECLARE UNDER PENALTY OF PURJURY THE THE FORGOING ARE TRUE AND CORRECT, EXECUTED ON THIS THE 12 DAY OF 2015